UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAL CARBONE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BSQUARE CORPORATION, ROBERT CHAMBERLAIN, MARY JESSE, RYAN VARDEMAN, RALPH C. DERRICKSON, BERNEE D.L. STROM, and RICHARD A. KARP, | Case No.: 1:23-cv-09632-JHR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Sal Carbone ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 20, 2024

**BRODSKY & SMITH**

By: *Evan J. Smith*
　　Evan J. Smith
　　240 Mineola Boulevard
　　Mineola, NY  11501
　　Phone:  (516) 741-4977
　　Facsimile (561) 741-0626

*Attorneys for Plaintiff*